UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | Case No. 15-mc-80041-JD |
|---|---|
| Maurice E. Miller | **ORDER WITHDRAWING PRIOR ORDER TO SHOW CAUSE** |

The Court has become aware that the prior order to show cause (Dkt. No. 1) was issued in error, and that the attorney in this matter did not become involuntarily inactive with the California State Bar, but rather, voluntarily resigned.

The Court regrets the error and now withdraws its prior order to show cause. While the above-named former attorney may no longer practice as an active member of the bar of this Court, that is because of the attorney's voluntary resignation, and not due to any disciplinary issues.

The prior order to show cause and order of interim suspension are hereby withdrawn. The Clerk of the Court is directed to note "resigned" on the attorney's admission record with the bar of this Court, see Civil Local Rule 11-1(g), and to close the matter.

The Court wishes you a long and happy retirement.

**IT IS SO ORDERED**.

Dated: February 23, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>MAURICE E. MILLER - #111912, | Case No.  15-mc-80041-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/23/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maurice E. Miller
3145 Geary Blvd.
#723
San Francisco, CA 94118


Dated: 2/23/2015

Richard W. Wieking
Clerk, United States District Court

By:_*Lisa R. Clark*_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2